IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIMBERLEY MYERS,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | NO.  12-597 |
| v. | : | |
| | : | |
| **ANGELO C.  MOORE, and JOHN NORWOOD** | : | |
| **FISHER FISHBONE,** | : | |
| **Defendants.** | : | |

# O R D E R

**AND NOW,** this 12th day of February, 2014, the Court noting that the current caption erroneously fails to list defendant, Fishbone, separate and apart from defendant, John Norwood Fisher, **IT IS HEREBY ORDERED** that the caption is hereby **AMENDED** to read as follows:

| | | |
|---|---|---|
| **KIMBERLEY MYERS,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | NO.  12-597 |
| v. | : | |
| | : | |
| **ANGELO C.  MOORE, JOHN NORWOOD** | : | |
| **FISHER, and FISHBONE,** | : | |
| **Defendants.** | : | |

BY THE COURT:

/s/ Jan E. DuBois
 **DuBOIS, JAN E., J.**