IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLEY MYERS,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ANGELO C. MOORE,**<br>**FISHBONE, and**<br>**JOHN NORWOOD FISHER,**<br>　　　　　**Defendants.** | **NO.  12-597** |

### O R D E R

**AND NOW**, this 23rd day of July, 2014, it having been brought to the Court's attention that the Memorandum dated February 12, 2014 (Document No. 31) contains two typographical errors, **IT IS ORDERED** that the Memorandum of February 12, 2014, is **AMENDED**, as follows:

1.	Lines four and five of paragraph five on page five incorrectly state: "Fisher Dep. at 12:2, Feb. 20, 2011, ECF No. 12:20-21."  This citation should read: "Fisher Dep. at 12:2, Feb. 20, 2011, ECF No. 28-20.";

2.	The next to last line of paragraph thirty-seven on page thirteen incorrectly refers to "hospitality."  The term "hospitality" should be replaced with the term "hostility."  The last line of paragraph thirty-seven, as amended, reads: "Moore continues to stage dive at almost every performance and exhibits nothing but apathy and hostility towards his victims, whom he repeatedly characterized, during his deposition, as 'predators' out to steal his money."; and,

3.	A copy of the Memorandum of February 12, 2014, as amended July 23, 2014, shall be docketed by the Deputy Clerk.

　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　*/s/ Hon. Jan E. DuBois*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**