UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------X
KIMBERLY MYERS,                             :
                                            :
                    Plaintiff,              :    Civil Action No.  2:12-CV-597
-against-                                   :
                                            :    DECLARATION OF DEFENDANTS
                                            :    ANGELO C. MOORE AND JOHN
                                            :    NORWOOD FISHER IN RESPONSE TO
THE AGENCY GROUP, LTD., ANGELO              :    THEIR ATTORNEYS' MOTION TO
C. MOORE, JOHN NORWOOD FISHER,             :    WITHDRAW AS COUNSEL
FISHBONE, and BEHIND CLOSED                 :
DOORS TOURING                               :
                                            :
                    Defendants.             :
-----------------------------------------------------X
```

Angelo C. Moore and John Norwood Fisher, pursuant to 28 U.S.C. § 1746, being of full age, hereby declares as follows:

1.      We are co-Defendants in the above-referenced matter.  We are aware of the fact that our counsel, Cindy D. Salvo of the Salvo Law Firm, P.C., (and local counsel Christine Debevec of Stradley Ronon), have filed a motion to withdraw as counsel due to non-payment of legal fees.

2.      We are aware of the fact that the retainer that we signed with The Salvo Law Firm stated that if invoices were not paid in sixty (60) days that the firm could withdraw as counsel and that we would not oppose the withdrawal.

3.      Unfortunately, we have been unable to pay the past due balance and more than 60 days have gone by.

4.      Although we obviously would prefer that Ms. Salvo continue as our attorney, we will not oppose the motion to withdraw as counsel.

5.      Ms. Salvo has conveyed to us the necessity that we appear for the hearing on August 4, 2014, and we intend to appear.

We declare under penalty of perjury that the foregoing is true and correct.

_____          _____
ANGELO C. MOORE                           Date

_____          _____
JOHN NORWOOD FISHER                       Date

than 60 days have gone by.

4.     Although we obviou

attorney, we will not oppose the mot

5.     Ms. Salvo has convey

on August 4, 2014, and we intend to

6.     Because we are curre

Hamlin of our management compar

our behalves.

We declare under penalty of