IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLEY MYERS,**<br>         **Plaintiff,**<br><br>          v.<br><br>**ANGELO C. MOORE,**<br>**FISHBONE, and**<br>**JOHN NORWOOD FISHER,**<br>         **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  12-597** |

# O R D E R

**AND NOW**, this 22nd day of December, 2014, upon consideration of Motion of Defendants Angelo Moore and John Norwood Fisher to Vacate Default Judgment (Document No. 34, filed March 12, 2014); Plaintiff's Response to the Motion of Defendants Angelo Moore and John Norwood Fisher to Vacate Default Judgment and Cross Motion to Compel Discovery (Document No. 39, filed March 27, 2014); Defendants Angelo Moore's and John Norwood Fisher's Reply Memorandum of Law in Further Support of Defendants' Motion to Vacate Default Judgments and in Opposition to Plaintiff's Cross-Motion to Compel Discovery (Document No. 42, filed April 7, 2014), following an Evidentiary Hearing held on August 4, 2014, for the reasons set forth in the Memorandum dated December 22, 2014, **IT IS ORDERED** as follows:

    1.    Motion of Defendants Angelo Moore and John Norwood Fisher to Vacate Default Judgment is **GRANTED** and the default judgments against defendants entered on February 12, 2014 are **VACATED**; and

    2.   Plaintiff's Cross-Motion to Compel Discovery is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course. Failure of defendants to participate in the conference or to comply with any scheduling orders or other court orders will result in the imposition of monetary sanctions.

                                                **BY THE COURT:**

                                                /s/ Hon. Jan E. DuBois

                                                  **DuBOIS, JAN E., J.**